## TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

| MARYLAND OFFICE: | NEW JERSEY OFFICE: |
|---|---|
| 5100 DORSEY HALL DRIVE | 79 MAIN STREET |
| SUITE 100 | SUITE ONE |
| ELLICOTT CITY, MD 21042 | HACKENSACK, NJ 07601 |
| 410-964-0300 | 201-342-6665 |

November 7, 2011

Hon. Sterling Johnson, Jr.
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**(VIA ECF)**

                Re:    United States v. Palmieri
                        Docket No. 01 Cr. 0700 (SJ)

Dear Judge Johnson:

      Defendant Vincent Palmieri filed a motion for retroactive application of the Sentencing Guidelines to his crack cocaine offense of conviction pursuant to 18 U.S.C. § 3582 on October 20, 2011. We respectfully submit this letter to inform the Court that, should the Court grant his motion, defendant will be eligible for immediate release.

      Thank you for the Court's consideration of this letter.

                                                          Very truly yours,

                                                           Sanford Talkin

cc:     AUSA Michael Warren (by ecf)